# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Balfour Beatty/McCarthy, A Joint Venture ) ASBCA No. 60388
)
Under Contract No. W9126G-10-C-0087 )

APPEARANCES FOR THE APPELLANT: C. Damon Gunnels, Esq.
Brad C. Parrott, Esq.
Hudson Parrott Walker, LLC
Atlanta, GA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Charles L. Webster III, Esq.
Kendra M. Laffe, Esq.
Engineer Trial Attorneys
U.S. Army Engineer District, Fort Worth

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 5 September 2017

DONALD E. KINNER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60388, Appeal of Balfour Beatty/McCarthy, A Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals